UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA HELM, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE MSR GROUP, LLC,<br><br>　　　　　　Defendant. | Case No. 3:13-cv-03473 NC<br><br>**ORDER GRANTING CONTINUANCE**<br><br>Re: Dkt. No. 4 |

　　　The Court GRANTS Plaintiff's motion to continue the Initial Case Management Conference from October 23, 2013, at 10:00 a.m. to December 18, 2013, at 10:00 a.m. Plaintiff is reminded that under Federal Rule of Civil Procedure 4(m), absent a showing of good cause, "[i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. Proc. 4(m). Further, all parties to the action must file written consent to the jurisdiction of the magistrate judge, or request reassignment to a district judge, by the deadline for filing the initial case management conference statement. L. Civ. R. 73-1.

1
2    IT IS SO ORDERED.
3    Date:   October 3, 2013
4                                                    _____
5                                                    Nathanael M. Cousins
     United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 3:13-cv-03473 NC
ORDER GRANTING CONTINUANCE            2