**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorneys for Plaintiff

**GOODWIN PROCTER LLP**
Robert B. Bader, Esq. (SBN: 233165)
rbader@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA HELM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>**THE MSR GROUP, LLC,**<br><br>　　　　　Defendant. | Case No. 3:13-cv-03473-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　　COMES NOW, Plaintiff, LINDA HELM ("Plaintiff"), and Defendant, THE MSR GROUP, LLC ("Defendant"), by and through the undersigned counsel and hereby stipulate to continue the Case Management Conference currently scheduled for February 20, 2014.

　　　　GOOD CAUSE now exists for continuing the Case Management Conference, as follows:

　　　　a)　On December 13, 2013, Defendant filed its Answer to Plaintiff's Complaint.

b) On February 13, 2014, the parties submitted the Joint Case Management Statement as required by this Court in preparation for the February 20, 2014 Case Management Conference.

c) During this time, the parties, through counsel, have been actively engaged in discussions surrounding the facts, claims and defenses asserted in this matter.

d) Furthermore, the parties, through counsel, have been actively engaged in discussions regarding potential early resolution of the instant matter in an effort to avoid substantial litigation.

e) The parties believe that good cause exists to continue the Case Management Conference seven (7) days (or a date as soon thereafter as is convenient to the Court) to allow the parties to continue the aforementioned discussions as the parties may be able to reach a resolution absent incurring further litigation fees and costs.

f) This stipulation is submitted in good faith and not for the purposes of delay.

g) No party will be prejudiced by the requested continuance.

IT IS SO STIPULATED.

Respectfully submitted this 19th day of February 2014

By: s/Todd M. Friedman_____
    **TODD M. FRIEDMAN**
    **Attorney for Plaintiff**

Respectfully submitted this 19th day of February 2014

By: s/Robert B. Bader_____
    **ROBERT B. BADER**
    **Attorney for Defendant**

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: February 19, 2014   By: /s/ Todd M. Friedman
**TODD M. FRIEDMAN**
**Attorney for Plaintiff**

# PROOF OF SERVICE

I, Todd M. Friedman, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 369 S. Doheny Dr., Ste. 415, Beverly Hills, CA 90211. On February 19, 2014, I served the following documents:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

On the parties listed below:

**GOODWIN PROCTER LLP**
Robert B. Bader, Esq. (SBN: 233165)
rbader@goodwinprocter.com
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041
Attorneys for Defendant

By the following means of service:

[X] **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X] **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on February 19, 2014, at Beverly Hills, California.

By: /s/ Todd M. Friedman
       Todd M. Friedman

Stipulation to Continue Case Management Conference- 4

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA HELM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | ) Case No. 3:13-cv-03473-EMC ) ) **[PROPOSED] ORDER GRANTING** |
| Plaintiff, | ) **STIPULATION TO CONTINUE CASE** ) **MANAGEMENT CONFERENCE** |
| v. | ) ) |
| **THE MSR GROUP, LLC,** | ) ) _____ |
| Defendant. | ) |

UPON STIPULATION OF THE PARTIES AND GOOD CAUSE SHOWING, it is hereby ORDERED that the February 20, 2014 Case Management Conference is continued to February 27, 2014 at 9:00 am.

IT IS SO ORDERED.

Date: 2/19/14     By: _____
                       Hon. United States District Court Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Order- 1