**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

Attorneys for Plaintiff

*[additional counsel listed on signature pages]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HELM, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>                Plaintiff,<br><br>       v.<br><br>THE MSR GROUP, LLC,<br><br>                Defendant. | Case No. 3:13-cv-03473-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Courtroom: 5<br>Judge:     Hon. Edward M. Chen |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate that the above-captioned action may be and hereby is dismissed. The claims and rights of Linda Helm individually are dismissed on the merits with prejudice; the claims and rights of the members of the putative class are dismissed without prejudice; and all aspects of the dismissal shall be without costs, disbursements, or attorneys' fees to any party, and with all parties waiving their rights of appeal.

Dated: March 14, 2014

/s/ Todd M. Friedman
TODD M. FRIEDMAN
tfriedman@attorneysforconsumers.com
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Tel.: 877.206.4741
Fax: 866.633.0228

ABBAS KAZEROUNIAN
ak@kazlg.com
MATTHEW M. LOKER
ml@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2700 N. Main Street, Ste. 1000
Santa Ana, CA 92705
Tel.: 800.400.6808
Fax: 800.520.5523

JOSHUA B. SWIGART
josh@westcoastlitigation.com
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Tel.: 619.233.7770
Fax: 619.297.1022

Attorneys for Plaintiff
*Linda Helm*

Dated: March 14, 2014

/s/ Robert B. Bader
ROBERT B. BADER
*rbader@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

1

STIPULATION OF DISMISSAL WITH PREJUDICE · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · Case No. 3:13-cv-03473-EMC

| | |
|---|---|
| 1 | Attorney for Defendant |
| 2 | *The MSR Group, LLC* |

5  IT IS SO ORDERED.  All hearing and deadlines are vacated.

6  _____
7  Edward M. Chen
   U.S. District Judge

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: March 14, 2014

LAW OFFICES OF TODD M. FRIEDMAN

By: /s/ Todd M. Friedman

Attorney for Plaintiff

**PROOF OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 14, 2014.

/s/ Todd M. Friedman
Todd M. Friedman

1

STIPULATION OF DISMISSAL WITH PREJUDICE                                    Case No. 3:13-cv-03473-EMC